**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHELLE FELICIANO,

       Plaintiff,

CASE NO.: _____

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

       Defendant.

_____ /

## DEFENDANT'S NOTICE OF REMOVAL

    Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned counsel and pursuant to Title 28, United States Code, sections 1331, 1367(a), 1441, and 1446, hereby files this, its Notice of Removal, and in support thereof, states as follows:

    1.    Plaintiff initiated an action against Defendant in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Small Claims Division, Case Number 2016-SC-20216.

    2.    The Summons and Complaint in the aforementioned state court action were served on Defendant on December 5, 2016. True and correct copies of the Summons, Complaint, and all other process and pleadings served upon Defendant in this cause are attached hereto.

    3.    The Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §§ 559.55, *et seq*. ("FCCPA").

    4.    "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. As such, the

United States District Courts have original jurisdiction over Plaintiff's FDCPA claims, as they arise under the Constitution, laws or treaties of the United States. *Id.*

5. Defendant is entitled to remove Plaintiff's FDCPA claims to this Court pursuant to 28 U.S.C. § 1441(a), which states:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

6. Accordingly, Defendant is entitled to remove Plaintiff's FDCPA claims to this Court because this Court has original jurisdiction over FDCPA claims and the state court action is currently pending in this District and Division. 28 U.S.C. § 1441(a).

7. Because this Court has original jurisdiction over Plaintiff's FDCPA claims, the Court also has supplemental jurisdiction over Plaintiff's FCCPA claims. 28 U.S.C. § 1367(a).

8. This Court should exercise supplemental jurisdiction over Plaintiff's FCCPA claims because all of the claims alleged in the Complaint arise from the same core of alleged operative facts and involve substantially similar questions of law, and therefore form part of the same case or controversy. 28 U.S.C. § 1367(a). Indeed, Plaintiff alleges that Defendant violated both the FDCPA and FCCPA by communicating with her with knowledge that she was represented by an attorney. Moreover, the FCCPA claims do not involve novel or complex issues of state law, and there are no other considerations that would prevent this Court from adjudicating those claims.

9. Based on the foregoing, all claims alleged in the Complaint should be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1367.

10. A true and correct copy of this Notice of Removal was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon Defendant. 28 U.S.C. § 1446(b).

11. The Notice of Removal attached hereto will be promptly served on all adverse parties and filed with the Clerk of the State Court in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this case proceed in this Court as an action properly removed to it.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2016, a true and correct copy of this document was served via e-mail on the following:

Michael Tierney, P.A.
918 Beard Avenue
Winter Park, Florida 32789
michael@tierneylaw.us

*/s/John P. Gaset, Esq.*
Robert E. Sickles, P.A.
Florida Bar. No. 167444
rsickles@broadandcassel.com
John P. Gaset, Esq.
Florida Bar No. 98415
jgaset@broadandcassel.com
**BROAD AND CASSEL**
100 North Tampa Street, Suite 3500
Tampa, FL 33602
Telephone: 813-225-3020
Facsimile: 813-225-3039
*Counsel for Defendant*