

Orange County Clerk - Court Records Search

## 2016-SC-020216-O : MICHELLE FELICIANO vs. PORTFOLIO RECOVERY ASSOCIATES LLC

| | | | |
|---|---|---|---|
| Case Type: | SC - Other $501-$2,500 | Date Filed: | 11/29/2016 |
| Location: | Div 71 | UCN: | 482016SC020216A001OX |
| Judge: | Tina L Caraballo | Status: | Pending |
| Citation Number: | SC - Other $501-$2,500 | Appear By Date: | |

### Parties

| Name | Type | Attorney | Atty Phone |
|---|---|---|---|
| MICHELLE FELICIANO | Plaintiff | MICHAEL TIERNEY | 407-740-0074 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | Defendant | | |

### Charge Details

| Offense Date | Charge | Plea | Arrest | Disposition | Sentence |
|---|---|---|---|---|---|

### Docket Events

| Date | Description | Pages |
|---|---|---|
| 1/11/2017 | HEARING - Pre-Trial Civil - Civil, Pretrial | |
| 12/9/2016 | Notice of Filing | 4 |
| | Comments: return of service of summons | |
| 11/30/2016 | Notice to Appear Scheduled | 2 |
| 11/29/2016 | Statement of Claim | 21 |
| 11/29/2016 | Case Initiated | |

### Hearings

| Date | Hearing | Time | Location | Pages |
|---|---|---|---|---|
| 1/11/2017 | Pre-Trial Civil - Civil, Pretrial | 9:15 AM | Room 130.02 on the 1st Floor Pre-Trial Mediation | |

### Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 11/29/2016 | Transaction Assessment | | 185.00 |
| 11/29/2016 | Payment | Michael Tierney | -185.00 |
| | | Balance Due: | 0.00 |

### Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

| Warrants | | | | | |
|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |

**IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT**
**IN AND FOR ORANGE COUNTY, FLORIDA**
**SMALL CLAIMS DIVISION**

MICHELLE FELICIANO,

       Plaintiff,

CASE NO.: 2016-SC-20216

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

       Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

Defendant, Portfolio Recovery Associates, LLC, by and through its undersigned counsel, hereby gives notice that on December 30, 2016, it filed a Notice of Removal of this cause to the United States District Court for the Middle District of Florida, Orlando Division. A true and correct copy of the Notice of Removal is attached to this Notice.

                                          */s/John P. Gaset, Esq.*
                                          Robert E. Sickles, P.A.
                                          Florida Bar. No. 167444
                                          John P. Gaset, Esq.
                                          Florida Bar No. 98415
                                          **BROAD AND CASSEL**
                                          100 North Tampa Street, Suite 3500
                                          Tampa, FL 33602
                                          Telephone: 813-225-3020
                                          Facsimile: 813-225-3039
                                          Primary: rsickles@broadandcassel.com
                                          Primary: jgaset@broadandcassel.com
                                          Secondary: knovak@broadandcassel.com
                                          *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2016, a true and correct copy of this document was served via e-mail on the following:

Michael Tierney, P.A.
918 Beard Avenue
Winter Park, Florida 32789
michael@tierneylaw.us

                                                        */s/John P. Gaset, Esq.*
                                                        John P. Gaset, Esq.
                                                        Florida Bar No. 98415

```
                                        IN THE COUNTY COURT OF
                                        THE NINTH JUDICIAL CIRCUIT
                                        IN AND FOR ORANGE
                                        COUNTY, FLORIDA

                                        Case No.:

                                        NOTICE TO APPEAR FOR
                                        PRETRIAL CONFERENCE/MEDIATION
```

Plaintiff _____

vs.

Defendant _____
_____

STATE OF FLORIDA -NOTICE TO PLAINTIFF (S) AND DEFENDANT (S)
    PORTFOLIO RECOVERY ASSOCIATES, LLC
    RA: CORPORATION SERVICE COMPANY
    1201 HAYS STREET
    TALLAHASSEE, FL 32301-2525

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by an attorney at 425 N. Orange Ave., Room #130.02, Orlando, FL 32801 on _____ at _____ for a PRETRIAL CONFERENCE.

**IMPORTANT- READ CAREFULLY**

**THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE
BUT MAY BE MEDIATED AT THAT TIME.
DO NOT BRING WITNESSES. YOU MUST APPEAR IN PERSON OR BY AN ATTORNEY.**

The defendant (s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE**: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following:

1. Where the contract was entered into;
2. If the suit is on unsecured promissory note, where the note is signed or where the maker resides;
3. If the suit is to recover property or to foreclose a lien, where the property is located;
4. Where the event giving rise to the suit occurred;
5. Where any one or more of the defendant(s) sued resides;
6. Any location agreed to in a contract;
7. In an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you may file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or the plaintiff(s) attorney, if any.

A copy of the Statement of Claim shall be served with this summons.

Dated:

Civil Division
425 N. Orange Avenue
Room 310
Orlando, Florida 32801

*Tiffany Moore Russell*
Clerk of the Court

By: _____
Deputy Clerk

(SEAL)



### REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Form 7.321 Notice to Appear for Pretrial Conference/Mediation       Rev. 06/18/2010

IN THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO. 2016-SC-20216

MICHELLE FELICIANO,

    Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING**

**COMES NOW**, the Plaintiff, MICHELLE FELICIANO, and gives notice of filing the attached documents for use at trial or any other purpose permitted by the Florida Rules of Civil Procedure.

1.    Return of Service of Summons

Dated: December 9, 2016

_____
MICHAEL TIERNEY, P.A.
Michael Tierney, Esquire
Florida Bar No.: 643475
918 Beard Avenue
Winter Park, Florida 32789
Tel: (407) 740-0074
Attorney for Plaintiff

# RETURN OF SERVICE

**State of Florida**  **County of Orange**  **County Court**

Case Number: 16-SC-20216   Court Date: 1/11/2017 9:15 am

ALS2016008053

Plaintiff:
**MICHELLE FELICIANO**

vs.

Respondent:
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

For:
Michael Tierney
Michael Tierney, P.A.
918 Beard Ave.
Winter Park, FL 32789

Received by ATTORNEY'S LEGAL SERVICES, INC. on the 1st day of December, 2016 at 2:21 pm to be served on **PORTFOLIO RECOVERY ASSOCIATES, LLC. C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 Hays Street, Tallahassee, FL 32301.**

I, ERIC L. LARSON, do hereby affirm that on the **5th day of December, 2016** at **3:00 pm, I:**

served a **LIMITED LIABILITY COMPANY** by serving a  NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE/MEDIATION AND STATEMENT OF CLAIM JURY DEMAND WITH EXHIBITS with the date and hour of service endorsed thereon by me, to: **KARA STOVER** as **CLERK FOR RA** of **PORTFOLIO RECOVERY ASSOCIATES, LLC.**, at the address of: **1201 HAYS ST, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with **Florida Statutes 608.463 and 48.062(1).**

**Additional Information pertaining to this Service:**
KARA STOVER, CLERK FOR RA, WF 45 YRS 5'6 130 LBS BLOND HAIR GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

ERIC L. LARSON
CPS #063, 2ND JUDICIAL CIRCUIT

ATTORNEY'S LEGAL SERVICES, INC.
617 E Washington St
Ste 2
Orlando, FL 32801
(407) 839-4644
Our Job Serial Number: ALS-2016008053
Ref: 8053

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 49392719 E-Filed 11/29/2016 03:02:48 PM

IN THE COUNTY COURT OF
THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE
COUNTY, FLORIDA

Case No.: 2016-SC-20216

**NOTICE TO APPEAR FOR
PRETRIAL CONFERENCE/MEDIATION**

Plaintiff  MICHELLE FELICIANO

VS.

Defendant  PORTFOLIO RECOVERY ASSOCIATES, LLC

Served:_____

Date:_____Time:_____

Server:_____

Certified/Special Process Server #_____

STATE OF FLORIDA -NOTICE TO PLAINTIFF (S) AND DEFENDANT (S)
PORTFOLIO RECOVERY ASSOCIATES, LLC
RA: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by an attorney at 425 N. Orange Ave., Room #130.02, Orlando, FL 32801 on JANUARY 11, 2017 at 9:15 AM for a PRETRIAL CONFERENCE.

**IMPORTANT- READ CAREFULLY**

**THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE
BUT MAY BE MEDIATED AT THAT TIME.
DO NOT BRING WITNESSES. YOU MUST APPEAR IN PERSON OR BY AN ATTORNEY.**

The defendant (s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorney fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE**: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1. Where the contract was entered into;
2. If the suit is on unsecured promissory note, where the note is signed or where the maker resides;
3. If the suit is to recover property or to foreclose a lien, where the property is located;
4. Where the event giving rise to the suit occurred;
5. Where any one or more of the defendant(s) sued resides;
6. Any location agreed to in a contract;
7. In an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you may file a WRITTEN request for transfer, in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or the plaintiff(s) attorney, if any.

A copy of the Statement of Claim shall be served with this summons.

Dated:

Civil Division
425 N. Orange Avenue
Room 310
Orlando, Florida 32801

**Tiffany Moore Russell**
Clerk of the Court
/s Elsie M. Carrasquillo,
Deputy Clerk
By: _2016.11.30 15:07:31 -05'00'_
Deputy Clerk

(SEAL)



### REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Form 7.321 Notice to Appear for Pretrial Conference/Mediation      Rev. 06/18/2010